DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PHILLIP J. SHEA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3453

[March 19, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 91-14800CF10A.

Phillip J. Shea, South Bay, pro se.

No appearance required on behalf of appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***